MORRIS KUPFERSCHMIDT, Respondent, *v.* FIRST NATIONAL
BANK OF WOODRIDGE, Appellant.

(Argued March 30, 1932; decided April 26, 1932.)

*Morris Kanfer* and *Arthur Rosenberg* for appellant.
*Ellsworth Baker* for respondent.

Judgment modified so as to provide judgment in favor
of plaintiff in the sum of $1,839.10, with interest from the
6th day of April, 1922, and as so modified affirmed, with
costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN,
HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.